# Exhibit A

# Exhibit A



## SUMMARY OF THE DOCUMENT TO BE SERVED
### *ÉLÉMENTS ESSENTIELS DE L'ACTE*

**Convention on the service abroad of judicial and extrajudicial documents in civil and commercial matters, signed at The Hague, November 15, 1965.**

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires et extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 novembre 1965.*

Identity and address of the addressee/ Identité et adresse du destinataire

**Global Excel Management, Inc.
73 Queen Street
Sherbrooke, Québec J1M OC9, Canada**

### IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO: State Bar of California, 180 Howard Street, San Francisco, CA 94105 USA, Tel: (415) 538-2000, www.calbar.ca.gov / Santa Barbara County Bar Association Lawyer Referral Service, Tel: (805) 569-9400, www.sblaw.org

### IMPORTANT

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES « ÉLÉMENTS ESSENTIELS DE L'ACTE » VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDEISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR UNE ASSISTANCE JUDICIAIRE OU UNE CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE PEUVENT ÊTRE ADRESSÉES À : State Bar of California [Barreau de l'État de la Californie], 180 Howard Street, San Francisco, CA 94105 États-Unis, tél. : (415) 538-2000, www.calbar.ca.gov / Santa Barbara County Bar Association Lawyer Referral Service [Service de référence d'avocats de l'Association du Barreau du comté de Santa Barbara], tél. : (805) 569-9400, www.sblaw.org.

Case Name/Intitulé de l'affaire : The Regents of the University of California v. Global Excel Management, Inc.          APS File/Dossier APS : 282167 - 1
Defendant/Défendeur : Global Excel Management, Inc.
Court Case No./N° de l'affaire : CGC-20-583855

## SUMMARY OF THE DOCUMENT TO BE SERVED
### *ÉLÉMENTS ESSENTIELS DE L'ACTE*

**Name and address of the requesting authority:**
*Nom et adresse de l'autorité requérante :*          **Karlene Rogers-Aberman, Esq.**

LAW OFFICES OF STEPHENSON, ACQUISTO & COLMAN, INC.

303 North Glenoaks Boulevard, #700, Burbank, Californie  91502-3226 États-Unis

**Particulars of the parties*:**
*Identité des parties* :*          The Regents of the University of California  v.  Global Excel Management, Inc.

[Les Régents de l'Université de la Californie c. Global Excel Management, Inc.]

**LIST OF DOCUMENTS: Summary of the Document to be Served, Complaint for Damages with Exhibit A, Civil Case Cover Sheet, Superior Court of California, County of San Francisco Alternative Dispute Resolution Information Package, Stipulation to Alternative Dispute Resolution (ADR) (Blank), Notice to Plaintiff**

**LISTE DES DOCUMENTS : Éléments essentiels de l'acte à signifier, Assignation, Plainte en dommages-intérêts avec Pièce à l'appui A, Feuille de couverture pour une affaire au civil, Dossier d'informations sur le règlement extrajudiciaire des différends de la Cour supérieure de la Californie pour le Comté de San Francisco, Stipulation en faveur d'un règlement extrajudiciaire du différend (RED) (blanc), Avis au Demandeur**

### JUDICIAL DOCUMENT**
*ACTE JUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte :*          The purpose of this document is to inform  **Global Excel Management, Inc.**   that a lawsuit has been started against them and that they have been joined as a defendant.

Ce document a pour objet d'informer la société **Global Excel Management, Inc.** qu'une action en justice a été engagée contre elle et qu'elle a été jointe comme partie défenderesse.

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance, le cas échéant, le montant du litige :*  Plaintiff's claim against the defendant is for damages and other relief in an amount to be determined as a result of the defendant's breach of Implied-in-Fact Contract and Quantum Meruit.

La demande du Demandeur à l'encontre du Défendeur est une demande de dommages-intérêts et d'autres mesures de redressement d'un montant qui sera déterminé, en conséquence de la violation du contrat tacite et du principe de quantum meruit par le Défendeur.

**Date and place for entering appearance**:**
*Date et lieu de la comparution :* Defendant is required to file a written response with the Clerk of Superior Court of California, for the County of San Francisco - Unlimited Jurisdiction, 400 McAllister Street, San Francisco, California 94102 USA and have a copy served on plaintiff / plaintiff's attorney, Karlene Rogers-Aberman, Esq., LAW OFFICES OF STEPHENSON, ACQUISTO & COLMAN, INC., 303 North Glenoaks Boulevard, #700, Burbank, California  91502-3226 USA within **30** calendar days after service of the attached documents.

Le Défendeur est tenu de déposer une réponse écrite auprès du greffier de la Cour supérieure de la Californie pour le Comté de San Francisco à l'adresse suivante : Clerk of Superior Court of California, for the County of San Francisco – Unlimited Jurisdiction, 400 McAllister Street, San Francisco, Californie 94102 États-Unis, et d'en faire signifier une copie au Demandeur / à l'avocat du Demandeur, Karlene Rogers-Aberman, Esq., LAW OFFICES OF STEPHENSON, ACQUISTO & COLMAN, INC., 303 North Glenoaks Boulevard, #700, Burbank, Californie  91502-3226 États-Unis, dans les **30** jours civils suivant la signification des documents ci-joints.

**Court which has given judgment**:**
*Juridiction qui a rendu la décision** :*____N/A
                                          S/O

**Date of judgment**:**
*Date de la décision** :*          N/A
                                          S/O

**Time limits stated in the document**:**
*Indication des délais figurant dans l'acte :* Defendant is required to file a written response with the Clerk of Court and have a copy served on plaintiff / plaintiff's attorney, within **30** calendar days after service of the attached documents.
Failure to do so may result in the plaintiff(s) taking a default judgment against the defendant for the relief demanded in the attached documents.

---

*          If appropriate, identity and address of the person interested in the transmission of the document.
           *S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte.*
**        Delete if inappropriate.
           *Rayer les mentions inutiles.*

Le Défendeur est tenu de déposer une réponse écrite auprès du greffier de la Cour et d'en faire signifier une copie au Demandeur / à l'avocat du Demandeur, dans les **30** jours civils suivant la signification des documents ci-joints.

Tout manquement à agir ainsi peut donner lieu à un jugement par défaut rendu à la demande du Demandeur contre le Défendeur pour les mesures de redressement réclamées dans les documents ci-joints.

### EXTRAJUDICIAL DOCUMENT**
*ACTE EXTRAJUDICIAIRE*

**Nature and purpose of the document:**

*Nature et objet de l'acte :*  N/A

S/O

**Time limits stated in the document**:**

*Indication des délais figurant dans l'acte :*  N/A

S/O

---

\*  If appropriate, identity and address of the person interested in the transmission of the document.
*S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte.*
\*\* Delete if inappropriate.
*Rayer les mentions inutiles.*

**Page** 3

## SUMMARY OF THE DOCUMENT TO BE SERVED

**Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.**

*Convention relative à la signification et à la notification à l'étranger des actes judiciaries et extrajudiciares en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

Identity and address of the addressee/ Identité et adresse du destinataire

**Global Excel Management, Inc.**
**73 Queen Street**
**Sherbrooke, Quebec J1M OC9, Canada**

### IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO: State Bar of California, 180 Howard Street, San Francisco, CA 94105 USA, Tel: (415) 538-2000, www.calbar.ca.gov / Santa Barbara County Bar Association Lawyer Referral Service, Tel: (805) 569-9400, www.sblaw.org

### IMPORTANT

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES «ELEMENTS ESSENTIELS DE L'ACTE» VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDEISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MEME DU DOCUMENT. IL PEUT ETRE NECESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITE D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITES D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORINIE PEUVENT ETRE ADDRESSEES: State Bar of California, 180 Howard Street, San Francisco, CA 94105 USA, Tel: (415) 538-2000, www.calbar.ca.gov / Santa Barbara County Bar Association Lawyer Referral Service, Tel: (805) 569-9400, www.sblaw.org

Case Name: The Regents of the University of California v. Global Excel Management, Inc.
Defendant: Global Excel Management, Inc.
Court Case No.: CGC-20-583855

APS File: 282167 - 1

## SUMMARY OF THE DOCUMENT TO BE SERVED
### *ELEMENTS ESSENTIELS DE L'ACTE*

Name and address of the requesting authority:
*Nom et adresse de l'autorité requérante:*        **Karlene Rogers-Aberman, Esq.**

LAW OFFICES OF STEPHENSON, ACQUISTO & COLMAN, INC.

303 North Glenoaks Boulevard, #700, Burbank, California 91502-3226 USA

**Particulars of the parties\*:**
*Identité des parties*_____The Regents of the University of California v. Global Excel Management, Inc.

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons, Complaint for Damages with Exhibit A, Civil Case Cover Sheet, Superior Court of California, County of San Francisco Alternative Dispute Resolution Information Package, Stipulation to Alternative Dispute Resolution (ADR) (Blank), Notice to Plaintiff

### JUDICIAL DOCUMENT\*\*
*ACTE JUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte:*_____The purpose of this document is to inform **Global Excel Management, Inc.** that a lawsuit has been started against them and that they have been joined as a defendant.

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance, le cas échéant, le montant du litige:* Plaintiff's claim against the defendant is for damages and other relief in an amount to be determined as a result of the defendant's breach of Implied-in-Fact Contract and Quantum Meruit.

**Date and place for entering appearance\*\*:**
*Date et lieu de la comparution:* Defendant is required to file a written response with the Clerk of Superior Court of California, for the County of San Francisco - Unlimited Jurisdiction, 400 McAllister Street, San Francisco, California 94102 USA and have a copy served on plaintiff / plaintiff's attorney, Karlene Rogers-Aberman, Esq., LAW OFFICES OF STEPHENSON, ACQUISTO & COLMAN, INC., 303 North Glenoaks Boulevard, #700, Burbank, California 91502-3226 USA within **30** calendar days after service of the attached documents.

**Court which has given judgment\*\*:**
*Juridiction qui a rendu la décision:*_____N/A

**Date of judgment\*\*:**
*Date de la décision:*_____N/A

**Time limits stated in the document\*\*:**
*Indication des délias figurant dans l'acte:* Defendant is required to file a written response with the Clerk of Court and have a copy served on plaintiff / plaintiff's attorney, within **30** calendar days after service of the attached documents.

Failure to do so may result in the plaintiff(s) taking a default judgment against the defendant for the relief demanded in the attached documents.

### EXTRAJUDICIAL DOCUMENT\*\*
*ACTE EXTRAJUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte:*_____N/A

**Time limits stated in the document\*\*:**
*Indication des délias figurant dans l'acte*_____N/A

---

\*    If appropriate, identity and address of the person interested in the transmission of the document.
     *S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte.*
\*\*   Delete if inappropriate.
     *Rayer les mentions inutiles.*

Page 2

**SUMMONS**
*(CITACION JUDICIAL)*

SUM-100

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
GLOBAL EXCEL MANAGEMENT, INC., a Canadian for-profit
corporation; and DOES 1 THROUGH 25, INCLUSIVE

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):* THE REGENTS OF THE
UNIVERSITY OF CALIFORNIA, a California public trust corporation, on behalf of the Hospitals Auxiliary
of the Medical Center at the University of California, San Francisco, a California non-profit public benefit
corporation

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.
*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
SUPERIOR COURT OF CALIFORNIA - FOR THE COUNTY
OF SAN FRANCISCO-UNLIMITED JURISDICTION
400 MCALLISTER STREET
SAN FRANCISCO, CALIFORNIA 94102

CASE NUMBER:
*(Número del Caso):* 20-583855

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
KARLENE ROGERS-ABERMAN, ESQ. (SBN 237883)     T(818) 559-4477 F(818) 559-5484
LAW OFFICES OF STEPHENSON, ACQUISTO & COLMAN, INC.
303 North Glenoaks Boulevard, #700
Burbank, California 91502-3226

DATE: MAR 19 2020        Clerk, by ANGELICA SUNGA        , Deputy
*(Fecha)*    Clerk of the Court    *(Secretario)*    *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:

3. ☒ on behalf of *(specify):* Global Excel Management, Inc

   under:  ☒ CCP 416.10 (corporation)     ☐ CCP 416.60 (minor)
           ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
           ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
           ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

BY FAX

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Legal
Solutions
Plus

Code of Civil Procedure §§ 412.20, 465

No Filing Fee Required
Per Gov't Code § 6103

1  LAW OFFICES OF STEPHENSON,
2      ACQUISTO & COLMAN, INC.
   MELANIE JOY STEPHENSON-LAWS, ESQ.
3                        (SBN 113755)
4  RICHARD A. LOVICH, ESQ.   (SBN 113472) **ENDORSED**
   KARLENE J. ROGERS-ABERMAN, ESQ. (SBN 237683) **FILED**
5  303 N. Glenoaks Blvd., Suite 700          San Francisco County Superior Court
   Burbank, CA 91502
6                                             **MAR 1 9 2020**

7  Telephone:  (818) 559-4477                **CLERK OF THE COURT**
                                             BY: **ANGELICA SUNGA**
8  Facsimile:  (818) 559-5484                        Deputy Clerk

9  Attorneys for Plaintiff
10 THE REGENTS OF THE UNIVERSITY OF
   CALIFORNIA
11
                SUPERIOR COURT OF CALIFORNIA
12
               FOR THE COUNTY OF SAN FRANCISCO
13

14 THE REGENTS OF THE                  Case No.: **CGC-20-583855**
15 UNIVERSITY OF CALIFORNIA, a
   California public trust corporation, on  **COMPLAINT FOR DAMAGES FOR:**
16 behalf of the Hospitals Auxiliary of the
17 Medical Center at the University of    1.   BREACH OF IMPLIED-IN-
   California, San Francisco, a California      FACT CONTRACT; AND
18 non-profit public benefit corporation,
                                          2.   *QUANTUM MERUIT.*
19
                    Plaintiff,
20
        vs.
21
   GLOBAL EXCEL MANAGEMENT,
22 INC., a Canadian for-profit corporation;     BY FAX
   and DOES 1 THROUGH 25,
23 INCLUSIVE,
24
                    Defendants.
25
26
27
28

FC 25030                    - 1 -   COMPLAINT FOR DAMAGES: 1. BREACH OF
                                    IMPLIED-IN-FACT CONTRACT; and 2. *QUANTUM
                                    MERUIT*

## PARTIES

1.     The Regents of the University of California (the "Regents") is a public trust corporation established and recognized pursuant to the Constitution of the State of California, Article 9, section 9, with full powers of organization and government.  The Regents is authorized to administer various medical facilities within the University of California system, including the Hospitals Auxiliary of the Medical Center at the University of California, San Francisco ("UCSF"), itself a non-profit public benefit corporation organized and existing pursuant to the laws of the State of California (Regents and UCSF shall be collectively referred to as "UCSF Medical Center").  UCSF Medical Center has its principal place of operation in the City and County of San Francisco, California.  UCSF Medical Center provides medical care to patients.

2.     Defendant Global Excel Management, Inc. ("Global Excel") is a Canadian for-profit corporation qualified to do business in the State of California, and is organized and existing pursuant to the laws of Canada.  Global has its principal place of business in Quebec, Canada.  Global Excel is in the business of arranging for the provision of health care services to health plan enrollees and/or paying for or reimbursing part or all of the cost for those services.

3.     UCSF Medical Center is unaware of the true names and capacities, whether corporate, associate, individual, partnership or otherwise of defendants Does 1 through 25, inclusive, and therefore, sues such defendants by such fictitious names. UCSF Medical Center will seek leave of the Court to amend this complaint to allege their true names and capacities when ascertained.

4.     Defendants Global Excel and Does 1 through 25, inclusive,

1    shall be collectively referred to as "Global Excel."

2

3         5.     Global Excel, and each of them, at all relevant times, have

4    transacted business in the State of California.  The violations alleged within this

5    complaint have been and are being carried out in the State of California.

6

7         6.     At all relevant times each of the defendants, including the

8    defendants named "Doe," was and is the agent, employee, employer, joint venturer,

9    representative, alter ego, subsidiary, and/or partner of one or more of the other

10   defendants, and was, in performing the acts complained of herein, acting within the

11   scope of such agency, employment, joint venture, or partnership authority, and/or

12   is in some other way responsible for the acts of one or more of the other

13   defendants.

14

15                    **COMMON FACTUAL BACKGROUND**

16

17        7.     At all relevant times herein, UCSF Medical Center provided

18   medically necessary services, supplies and/or equipment to Patient J.Z.[1] and

19   Patient P.Z. identified on the spreadsheet attached to this Complaint as **Exhibit A**

20   (the "Patients"). Patients were enrolled beneficiaries and/or members of a health

21   plan sponsored, administered, and/or funded by Global Excel.

22

23        8.     At all relevant times, UCSF Medical Center and Global Excel

24   did not have a written agreement governing reimbursement rates for the medically

25   necessary services, supplies and/or equipment, which UCSF Medical Center

26

27   [1] UCSF Medical Center has limited disclosure of patient identification here pursuant to the
28   privacy provisions of the Health Insurance Portability & Accountability Act ("HIPAA"), 42
     U.S.C §§ 1320d *et seq.*, and the California Constitution, art. 1 § 1.

     FC 25030                            - 3 -    COMPLAINT FOR DAMAGES: 1. BREACH OF
                                                  IMPLIED-IN-FACT CONTRACT; and 2. *QUANTUM
                                                  MERUIT*

1  rendered or would render to patients who were members of Global Excel's health

2  plan.

3

4     9.     UCSF Medical Center contacted Global Excel by telephone to

5  ascertain whether Global Excel or its principal was responsible for the costs

6  associated with the medically necessary services, supplies and/or equipment

7  rendered to the Patients.  In response, Global Excel's agent provided to UCSF

8  Medical Center the relevant insurance verification and insurance coverage

9  eligibility information for Patients under the health plan that was

10  sponsored/administered and/or funded by Global Excel.

11

12     10.     At all relevant times, Global Excel held itself out to be the

13  responsible payor for the services provided to the Patients.

14

15     11.     UCSF Medical Center rendered medically necessary services,

16  supplies and/or equipment to the Patients, who were twin babies born

17  approximately ten weeks prematurely at another hospital.   The pre-term babies,

18  who each weighed less than four pounds, one of whom was suffering from

19  respiratory distress, required a higher level of care than what the first hospital

20  could provide.  The twins were therefore transferred urgently via ambulance from

21  the first hospital to the neonatal intensive care unit at UCSF Medical Center.

22

23     12.     Patient P.Z. remained at UCSF Medical Center for 58 days, and

24  patient J.Z. remained at UCSF Medical Center for 13 days, until each could be

25  safely discharged.

26

27     13.     At all relevant times, Global Excel and/or its agent were

28  notified of the Patients' admission, remained updated as to the charges being

---

FC 25030                                  - 4 -     COMPLAINT FOR DAMAGES: 1. BREACH OF
                                                    IMPLIED-IN-FACT CONTRACT; and 2. *QUANTUM
                                                    MERUIT*

1  incurred, and authorized the medical services rendered to the Patients by UCSF
2  Medical Center.

3

4      14.    UCSF Medical Center's usual and customary charges for the
5  medically necessary services, supplies and/or equipment rendered to the Patients
6  are in an amount to be established at trial according to proof but which exceeds
7  $3,122,815.64.

8

9      15.    UCSF Medical Center timely and properly submitted to Global
10  Excel at the United States address provided by Global Excel its bill for the
11  medically necessary services, supplies and/or equipment rendered to the Patients,
12  for payment by Global Excel.

13

14      16.    Global Excel owed UCSF Medical Center a total of
15  $3,122,815.64 for the medically necessary services, supplies and/or equipment
16  rendered to the Patients.

17

18      17.    Global Excel paid $654,110.90 to UCSF Medical Center for the
19  medically necessary services, supplies and/or equipment rendered to the Patients,
20  but has failed to pay UCSF Medical Center the remaining $2,468,704.74 amount
21  due, despite demands therefor.

22

23      18.    As a result of Global Excel's misconduct, UCSF Medical
24  Center has suffered damages in an amount to be proven at trial according to proof
25  but which exceeds $2,468,704.74, exclusive of interest.

26

27  //

28

FC 25030                     - 5 -    COMPLAINT FOR DAMAGES: 1. BREACH OF
                                      IMPLIED-IN-FACT CONTRACT; and 2. *QUANTUM
                                      MERUIT*

1

2

3

4

5

## **FIRST CAUSE OF ACTION**

(Implied-in-Fact Contract)

(Against Defendants Global Excel,

and/or including Does 1 through 25, inclusive)

6        19.    UCSF Medical Center incorporates by reference and re-alleges

7    paragraphs 1 through 18 here as though set forth in full.

8

9        20.    Prior to the treatment rendered by UCSF Medical Center,

10    through custom and practice, UCSF Medical Center and Global Excel impliedly

11    agreed and understood that UCSF Medical Center would render medically

12    necessary care to Global Excel enrollees, submit bills for such care to Global

13    Excel, and that Global Excel would pay UCSF Medical Center for the necessary

14    medical treatment rendered to the Patients.  Specifically, during the dates that

15    UCSF Medical Center admitted the Patients to its facility for medical services,

16    UCSF Medical Center contacted Global Excel to verify Patients' healthcare

17    eligibility under a Global Excel plan and to obtain authorization from Global Excel

18    to provide medical services.  In response, "Tania" at Global Excel represented that

19    the Patients were beneficiaries under a health plan sponsored, administered or

20    funded by Global Excel, and indicated that the Patient's plan would pay 100%, and

21    that the Patients had no copay, deductible, or out-of-pocket responsibility.

22

23        21.    Global authorized the continuing treatment of the Patients at

24    UCSF Medical Center.  Although it was made expressly aware of the treatment

25    being provided and the accruing charges, at no time did Global Excel request that

26    the Patients be discharged from UCSF Medical Center or transferred to another

27    facility for treatment.

28

22.     On or about the time UCSF Medical Center admitted the Patients, UCSF Medical Center and Global Excel had entered into an implied-in-fact contract based upon industry custom and practice as well as the actions and conduct of Global Excel. UCSF Medical Center alleges that Global Excel offered to reimburse UCSF Medical Center should UCSF Medical Center provide medically necessary care to Global Excel enrollees. UCSF Medical Center accepted that offer and did in fact provide medically necessary care to Global Excel enrollees.  UCSF Medical Center properly billed Global Excel for the medically necessary services, and Global Excel did in fact pay (albeit *underpay*) UCSF Medical Center for a portion of the services rendered in ratification of the implied-in-fact contract. The dispute therefore is not whether Global Excel *should* have paid UCSF Medical Center, but rather the dispute pertains to the *amount* of payment due from Global Excel to UCSF Medical Center for the services provided to each of the Patients.

23.     UCSF Medical Center performed all conditions requires on its part to be performed in accordance with the terms and conditions of that implied-in-fact contract. UCSF Medical Center reasonably relied on Global Excel's promises and conduct to pay for medical services and treated the Patients in reliance on those promises and such conduct.

24.     Global Excel breached that implied-in-fact contract by underpaying UCSF Medical Center for the medical necessary services, supplies and/or equipment rendered or supplied to the Patients.

25.     As a result of Global Excel's breach of the implied-in-fact contract, UCSF Medical Center has suffered damages in an amount to be proven at trial but not less than the sum of $2,468,704.74, exclusive of interest.

## SECOND CAUSE OF ACTION

(*Quantum Meruit*)

(Against Defendants Global Excel,

and/or including Does 1 through 25, inclusive)

26.     UCSF Medical Center incorporates by reference and re-alleges paragraphs 1 through 18 here as though set forth in full.

27.     Within the past two years, by its words and/or conduct, Global Excel requested that UCSF Medical Center provide the Patients with medically necessary services, supplies and/or equipment.

28.     Acting pursuant to Global Excel's implied and/or express request, UCSF Medical Center provided the Patients with medically necessary services, supplies and/or equipment.

29.     UCSF Medical Center's rendering of medically necessary services, supplies and/or equipment to Patients was intended to, and did, benefit the Patients and therefore Global Excel, as it allowed Global to fulfill coverage obligations due to the Patients in exchange for the Patients' payment of premiums, and maintained the Patients' goodwill.

30.     For rendering the medically necessary services, supplies and/or equipment to Patients, UCSF Medical Center reasonably expected full reimbursement of its billed charges at its usual and customary rates.

31.     As stated above, UCSF Medical Center's usual and customary

1  total billed charges for the medically necessary services, supplies and/or equipment
2  it rendered to Patients was an amount to be established at trial according to proof
3  but exceeds $3,122,815.64.

4

5          32.    UCSF Medical Center demanded that Global Excel pay
6  appropriately for the medically necessary services, supplies and/or equipment it
7  rendered to Patients but Global Excel failed to properly pay UCSF Medical Center.

8

9          33.    As a result of Global Excel's misconduct, UCSF Medical
10 Center has suffered damages in an amount to be established at trial according to
11 proof but which exceeds $2,468,704.74, exclusive of interest.

12

13                        **PRAYER FOR RELIEF**

14

15 **WHEREFORE**, UCSF Medical Center prays for judgment as follows:

16

17 For all Causes of Action:

18          1.     for the principal sum of $2,468,704.74;

19          34.    for interest on such principal sum at the rate of 15% per annum,
20 pursuant to Cal. Health & Safety Code § 1371; or, in the alternative, for interest on
21 such principal sum at the rate of 10% per annum, pursuant to Cal. Civ. Code §
22 3289;

23          35.    for all costs of suit incurred herein; and,

24          36.    for such other and further relief as the Court deems just and
25 proper.

26 //

27 //

28 //

FC 25030                           - 9 -     COMPLAINT FOR DAMAGES: 1. BREACH OF
                                             IMPLIED-IN-FACT CONTRACT; and 2. *QUANTUM*
                                             *MERUIT*

1  Dated: 11 March 2020

2

3                                        STEPHENSON, ACQUISTO &
4                                             COLMAN, INC.

5

6                                        KARLENE J. ROGERS-ABERMAN
7                                              Attorneys for
8                                        THE REGENTS OF THE UNIVERSITY
                                         OF CALIFORNIA, a California public trust
9                                        corporation, on behalf of the Hospitals
                                         Auxiliary of the Medical Center at the
10                                       University of California, San Francisco, a
11                                       California non-profit public benefit
                                         corporation

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FC 25030                              - 10 -    COMPLAINT FOR DAMAGES: 1. BREACH OF
                                                IMPLIED-IN-FACT CONTRACT; and 2. *QUANTUM*
                                                *MERUIT*

# EXHIBIT A

**EXHIBIT A**

| ACCOUNT NO, | Patient INITIALS | ADMIT DATE | DISCHARGE DATE | TOTAL CHARGES | PAYMENT AMOUNT | CURRENT BALANCE |
|---|---|---|---|---|---|---|
| 5176283 | PZ | 9/30/2018 | 11/28/2018 | $2,805,862.42 | $594,108.56 | $2,211,753.86 |
| 52020580 | JZ | 10/22/2018 | 11/4/2018 | $316,953.22 | $60,002.34 | $256,950.88 |
| | TOTALS: | | | $3,122,815.64 | $654,110.90 | $2,468,704.74 |

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>— KARLENE ROGERS-ABERMAN, ESQ. (SBN 237883)<br>Law Offices of Stephenson, Acquisto & Colman, Inc.<br>303 N. Glenoaks Boulevard, Suite 700<br>Burbank, California 91502-3226<br>TELEPHONE NO.: (818) 559-4477     FAX NO.: (818) 559-5484<br>ATTORNEY FOR *(Name):* Plaintiff, The Regents of the University of California | FOR COURT USE ONLY<br><br>ENDORSED<br>F I L E D<br>*San Francisco County Superior Court*<br><br>MAR 1 9 2020<br><br>CLERK OF THE COURT<br>BY: ANGELICA SUNGA<br>Deputy Clerk |
|---|---|

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  SAN FRANCISCO-UNLIMITED
STREET ADDRESS: 400 McAllister Street
MAILING ADDRESS: same
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: CIVIC CENTER COURTHOUSE

CASE NAME:
The Regents of the University of California v. Global Excel Management

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER:<br>C G C - 2 0 - 5 8 3 8 5 5 |
|---|---|---|---|---|
| ✓ Unlimited<br>(Amount<br>demanded<br>exceeds $25,000) | ☐ Limited<br>(Amount<br>demanded is<br>$25,000 or less) | ☐ Counter  ☐ Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | | JUDGE:<br><br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)
**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
✓ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)
**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)
**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)
**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
☐ Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint *(not specified above)* (42)
**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition *(not specified above)* (43)

2. This case ☐ is  ✓ is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
  a. ☐ Large number of separately represented parties
  b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
  c. ☐ Substantial amount of documentary evidence
  d. ☐ Large number of witnesses
  e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
  f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. ✓ monetary  b. ☐ nonmonetary; declaratory or injunctive relief  c. ☐ punitive
4. Number of causes of action *(specify):*  1. Breach of Implied-In-Fact Contract; and 2. Quantum Meruit
5. This case ☐ is  ✓ is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: 3/12/2020
KARLENE ROGERS-ABERMAN
(TYPE OR PRINT NAME)                    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
*www.courtinfo.ca.gov*



**Superior Court of California, County of San Francisco**
**Alternative Dispute Resolution**
**Information Package**



The plaintiff must serve a copy of the ADR Information Package on each defendant along with the complaint. Cross-complainants must serve a copy of the ADR Information Package on any new parties to the action together with the cross-complaint. (CRC 3.221(c).)

**WHAT IS ADR?**
Alternative Dispute Resolution (ADR) is the term used to describe the various options available for settling a dispute without a trial. There are many different ADR processes, the most common forms of which are mediation, arbitration and settlement conferences. In ADR, trained, impartial people decide disputes or help parties decide disputes themselves. They can help parties resolve disputes without having to go to trial.

**WHY CHOOSE ADR?**
It is the policy of the Superior Court that every long cause, non-criminal, non-juvenile case should participate either in an early settlement conference, mediation, arbitration, early neutral evaluation or some other alternative dispute resolution process prior to trial. (Local Rule 4.)

ADR can have a number of advantages over traditional litigation:

- **ADR can save time.** A dispute often can be resolved in a matter of months, even weeks, through ADR, while a lawsuit can take years.
- **ADR can save money,** including court costs, attorney fees, and expert fees.
- **ADR encourages participation.** The parties may have more opportunities to tell their story than in court and may have more control over the outcome of the case.
- **ADR is more satisfying.** For all the above reasons, many people participating in ADR have reported a high degree of satisfaction.

**\*\*Electing to participate in an ADR process does not stop the time period to respond to a complaint or cross-complaint\*\***

**WHAT ARE THE ADR OPTIONS?**
The San Francisco Superior Court offers different types of ADR processes for general civil matters. The programs are described below:

**1) MANDATORY SETTLEMENT CONFERENCES**
Settlement conferences are appropriate in any case where settlement is an option. The goal of settlement conferences is to provide participants an opportunity to reach a mutually acceptable settlement that resolves all or part of a dispute. Mandatory settlement conferences are ordered by the court and are often held near the date a case is set for trial, although they may be held earlier if appropriate. A party may elect to apply to the Presiding Judge for a specially set mandatory settlement conference by filing an ex parte application. See Local Rule 5.0 for further instructions. Upon approval by the Presiding Judge, the court will schedule the conference and assign a settlement conference officer.

## 2) MEDIATION

Mediation is a voluntary, flexible, and confidential process in which a neutral third party facilitates negotiations. The goal of mediation is to reach a mutually satisfactory agreement that resolves all or part of a dispute after exploring the interests, needs, and priorities of the parties in light of relevant evidence and the law.

(A) **MEDIATION SERVICES OF THE BAR ASSOCIATION OF SAN FRANCISCO (BASF),** in cooperation with the Superior Court, is designed to help civil litigants resolve disputes before they incur substantial costs in litigation. While it is best to utilize the program at the outset of litigation, parties may use the program at any time while a case is pending. Experienced professional mediators work with parties to arrive at a mutually agreeable solution. The mediators provide one hour of preparation time and the first two hours of mediation time. Mediation time beyond that is charged at the mediator's hourly rate. BASF pre-screens all mediators based upon strict educational and experience requirements. Parties can select their mediator from the panels at www.sfbar.org/mediation or BASF can assist with mediator selection. BASF staff handles conflict checks and full case management. The success rate for the program is 67% and the satisfaction rate is 99%. BASF charges an administrative fee of $295 per party. The hourly mediator fee beyond the first three hours will vary depending on the mediator selected. Waivers of the fee are available to those who qualify. For more information, call 415-982-1600 or email adr@sfbar.org.

(B) **JUDICIAL MEDIATION PROGRAM** provides mediation with a San Francisco Superior Court judge for civil cases, which include but are not limited to, personal injury, construction defect, employment, professional malpractice, insurance coverage, toxic torts and industrial accidents. Parties may utilize this program at any time throughout the litigation process. Parties interested in judicial mediation should file a Stipulation to Judicial Mediation indicating a joint request for inclusion in the program. A preference for a specific judge may be indicated. The court will coordinate assignment of cases for the program. There is no charge. Information about the Judicial Mediation Program may be found by visiting the ADR page on the court's website: www.sfsuperiorcourt.org/divisions/civil/dispute-resolution

(C) **PRIVATE MEDIATION:** Although not currently a part of the court's ADR program, parties may select any private mediator of their choice. The selection and coordination of private mediation is the responsibility of the parties. Parties may find mediators and organizations on the Internet. The cost of private mediation will vary depending on the mediator selected.

(D) **COMMUNITY BOARDS MEDIATION SERVICES:** Mediation services are offered by Community Boards (CB), a nonprofit resolution center, under the Dispute Resolution Programs Act. CB utilizes a three-person panel mediation process in which mediators work as a team to assist the parties in reaching a shared solution. To the extent possible, mediators are selected to reflect the demographics of the disputants. CB has a success rate of 85% for parties reaching a resolution and a consumer satisfaction rate of 99%. The fee is $45-$100 to open a case, and an hourly rate of $180 for complex cases. Reduction and waiver of the fee are available. For more information, call 415-920-3820 or visit communityboards.org.

## 3) ARBITRATION

An arbitrator is a neutral attorney who presides at a hearing where the parties present evidence through exhibits and testimony. The arbitrator applies the law to the facts of the case and makes an award based upon the merits of the case.

### (A) JUDICIAL ARBITRATION

When the court orders a case to arbitration it is called "judicial arbitration". The goal of arbitration is to provide parties with an adjudication that is earlier, faster, less formal, and usually less expensive than a trial. Pursuant to CCP 1141.11, all civil actions in which the amount in controversy is $50,000 or less, and no party seeks equitable relief, shall be ordered to arbitration. (Upon stipulation of all parties, other civil matters may be submitted to judicial arbitration.) An arbitrator is chosen from the court's arbitration panel. Arbitrations are generally held between 7 and 9 months after a complaint has been filed. Judicial arbitration is not binding unless all parties agree to be bound by the arbitrator's decision. Any party may request a trial within 60 days after the arbitrator's award has been filed. Local Rule 4.1 allows for mediation in lieu of judicial arbitration, so long as the parties file a stipulation to mediate after being assigned to judicial arbitration. There is no cost to the parties for judicial arbitration.

### (B) PRIVATE ARBITRATION

Although not currently a part of the court's ADR program, civil disputes may also be resolved through private arbitration. Here, the parties voluntarily consent to arbitration. If all parties agree, private arbitration may be binding and the parties give up the right to judicial review of the arbitrator's decision. In private arbitration, the parties select a private arbitrator and are responsible for paying the arbitrator's fees.

## HOW DO I PARTICIPATE IN ADR?

Litigants may elect to participate in ADR at any point in a case. General civil cases may voluntarily enter into the court's or court-affiliated ADR programs by any of the following means:

- Filing a Stipulation to ADR: Complete and file the Stipulation form (attached to this packet and available on the court's website); or
- Indicating your ADR preferences on the Case Management Statement (available on the court's website); or
- Contacting the court's ADR Department (see below), the Bar Association of San Francisco's ADR Services, or Community Boards.

**For more information about ADR programs or dispute resolution alternatives, contact:**

Superior Court Alternative Dispute Resolution
400 McAllister Street, Room 103-A, San Francisco, CA 94102
415-551-3869
Or, visit the court's ADR page at www.sfsuperiorcourt.org/divisions/civil/dispute-resolution

TO PARTICIPATE IN ANY OF THE COURT'S ADR PROGRAMS, PLEASE COMPLETE AND FILE THE ATTACHED STIPULATION TO ADR AND SUBMIT IT TO THE COURT. YOU MUST ALSO CONTACT BASF OR COMMUNITY BOARDS TO ENROLL IN THEIR LISTED PROGRAMS. THE COURT DOES NOT FORWARD COPIES OF STIPULATIONS TO BASF OR COMMUNITY BOARDS.

| ATTORNEY OR PARTY W... | | FOR COURT USE ONLY |
| --- | --- | --- |
| TELEPHONE NO | | |
| ATTORNEY FOR (Name): | | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO<br>400 McAllister Street<br>San Francisco, CA 94102-4514 | | |
| PLAINTIFF/PETITIONER: | | |
| DEFENDANT/RESPONDENT: | | |
| **STIPULATION TO ALTERNATIVE DISPUTE RESOLUTION (ADR)** | | CASE NUMBER: _____<br><br>**DEPARTMENT 610** |

1) **The parties hereby stipulate that this action shall be submitted to the following ADR process:**

☐ **Mediation Services of the Bar Association of San Francisco (BASF)** - Experienced professional mediators, screened and approved, provide one hour of preparation and the first two hours of mediation time for a BASF administrative fee of $295 per party. Mediation time beyond that is charged at the mediator's hourly rate. Waivers of the administrative fee are available to those who qualify. BASF assists parties with mediator selection, conflicts checks and full case management. www.sfbar.org/mediation

☐ **Mediation Services of Community Boards (CB)** – Service in conjunction with DRPA, CB provides case development and one three-hour mediation session. Additional sessions may be scheduled. The cost is $45-$100 to open a case, and an hourly rate of $180 for complex cases. Reduction and waiver of the fee are available  to those who qualify. communityboards.org

☐ **Private Mediation** - Mediators and ADR provider organizations charge by the hour or by the day, current market rates. ADR organizations may also charge an administrative fee. Parties may find experienced mediators and organizations on the Internet.

☐ **Judicial Arbitration** - Non-binding arbitration is available to cases in which the amount in controversy is $50,000 or less and no  equitable relief is sought. The court appoints a pre-screened arbitrator who will issue an award. There is no fee for this  program. www.sfsuperiorcourt.org/divisions/civil/dispute-resolution

☐ **Judicial Mediation** - The Judicial Mediation program offers mediation in civil litigation with a San Francisco Superior Court judge familiar with the area of the law that is the subject of the controversy. There is  no fee for this program. www.sfsuperiorcourt.org/divisions/civil/dispute-resolution

Judge Requested (see list of Judges currently participating in the program): _____

Date range requested for Judicial Mediation (from the filing of stipulation to Judicial Mediation):

☐ 30-90 days  ☐ 90-120 days  ☐ Other (please specify) _____

☐ **Other ADR process (describe)** _____

2) The parties agree that the ADR Process shall be completed by (date): _____
3) Plaintiff(s) and Defendant(s) further agree as follows:

_____

_____

| | |
| --- | --- |
| Name of Party Stipulating | Name of Party Stipulating |
| Name of Party or Attorney Executing Stipulation | Name of Party or Attorney Executing Stipulation |
| Signature of Party or Attorney | Signature of Party or Attorney |
| ☐ Plaintiff ☐ Defendant ☐ Cross-defendant | ☐ Plaintiff ☐ Defendant ☐ Cross-defendant |
| Dated | Dated: _____ |

☐ *Additional signature(s) attached*

ADR-2  10/18          STIPULATION TO ALTERNATIVE DISPUTE RESOLUTION

## NOTICE TO PLAINTIFF

A Case Management Conference is set for:

**DATE:** **AUG-19-2020**

**TIME:** **10:30AM**

**PLACE:** **Department 610**
**400 McAllister Street**
**San Francisco, CA 94102-3680**

All parties must appear and comply with Local Rule 3.

CRC 3.725 requires the filing and service of a case management statement form CM-110 no later than 15 days before the case management conference. However, it would facilitate the issuance of a case management order **without an appearance** at the case management conference if the case management statement is filed, served and lodged in Department 610 twenty-five (25) days before the case management conference.

Plaintiff must serve a copy of this notice upon each party to this action with the summons and complaint. Proof of service subsequently filed with this court shall so state. **This case is eligible for electronic filing and service per Local Rule 2.11. For more information, please visit the Court's website at www.sfsuperiorcourt.org under Online Services.**

**[DEFENDANTS: Attending the Case Management Conference does not take the place of filing a written response to the complaint. You must file a written response with the court within the time limit required by law. See Summons.]**

### ALTERNATIVE DISPUTE RESOLUTION REQUIREMENTS

**IT IS THE POLICY OF THE SUPERIOR COURT THAT EVERY CIVIL CASE SHOULD PARTICIPATE IN MEDIATION, ARBITRATION, NEUTRAL EVALUATION, AN EARLY SETTLEMENT CONFERENCE, OR OTHER APPROPRIATE FORM OF ALTERNATIVE DISPUTE RESOLUTION PRIOR TO A TRIAL.**

(SEE LOCAL RULE 4)

Plaintiff **must** serve a copy of the Alternative Dispute Resolution (ADR) Information Package on each defendant along with the complaint. (CRC 3.221.) The ADR package may be accessed at www.sfsuperiorcourt.org/divisions/civil/dispute-resolution or you may request a paper copy from the filing clerk. All counsel must discuss ADR with clients and opposing counsel and provide clients with a copy of the ADR Information Package prior to filing the Case Management Statement.

**Superior Court Alternative Dispute Resolution Administrator**
**400 McAllister Street, Room 103-A**
**San Francisco, CA 94102**
**(415) 551-3869**

**See Local Rules 3.3, 6.0 C and 10 B re stipulation to judge pro tem.**